STATE v. GILLIAM

No. 49P89.

Case below: 92 N.C. App. 383.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. GOODSON

No. 140P89.

Case below: 92 N.C. App. 756.

Petition by defendants (Goodson and Ferguson) for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. HARRELSON

No. 30P89.

Case below: 92 N.C. App. 115.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. JOSEY

No. 117A89.

Case below: 92 N.C. App. 757.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 16 March 1989.

STATE v. MAXFIELD

No. 77P89.

Case below: 92 N.C. App. 596.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.